UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VIVIAN HUNTOON,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

Case No. CV415-319

## ORDER

Because the parties have stipulated to the with-prejudice dismissal of this case per Fed. R. Civ. P. 41(a)(1)(A)(ii), doc. 33, the Court **DENIES** as moot plaintiffs' spoliation motion. Doc. 26. This case is now **CLOSED**.

**SO ORDERED,** this 6th day of September, 2016.

/s/ J.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA